JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas C. Buzzard | www.jk-llp.com |

January 19, 2018

**VIA ECF**

Hon. Sarah Netburn
United States Magistrate Judge
U. S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

      Re: *Masoud v. 1285 Bakery Inc. d/b/a Pulse Restaurant, et al.*
         No.: **15-cv-7414 (SN)**

Dear Judge Netburn:

  We represent Plaintiff Ginger Masoud and the certified Class in the above-captioned action. Consistent with Your Honor's instructions during the conference held on January 12, 2018, we submit the revised proposed notice to the members of the Class of the Court's dismissal of the Class claims without prejudice. As discussed at the conference, the revised proposed notice informs the Class of the relevant statute of limitations and that the statute of limitations was tolled during the pendency of this action. Once approved, Plaintiff's counsel will distribute the notice to the members of the Class at the addresses previously provided by Defendants.

  We thank the Court for its consideration of this matter.

                Respectfully submitted,

                */s/ Lucas C. Buzzard*_____